Slip Op. 19-22

## UNITED STATES COURT OF INTERNATIONAL TRADE

ZHAOQING TIFO NEW FIBRE CO., LTD.,

    Plaintiff,

    v.

UNITED STATES,

    Defendant,

    and

DAK AMERICAS LLC,

    Defendant-Intervenor.

**Before: Timothy C. Stanceu, Chief Judge**

**Court No. 13-00044**

## JUDGMENT

In conformance with the Opinion of this Court in *Zhaoqing Tifo New Fibre Co., Ltd. v. United States*, Slip Op. 18-168 (Nov. 30, 2018), ECF No. 120, the Order of this Court (Nov. 30, 2018), ECF No. 121, and upon consideration of all papers and proceedings had herein, it is hereby

**ORDERED** that pursuant to USCIT Rule 56.2, judgment be, and hereby is, entered in favor of plaintiff; it is further

**ORDERED** that the Final Results of Redetermination Pursuant to Court Remand (Nov. 6, 2017), ECF No. 114, be, and hereby are, sustained; and it is further

**ORDERED** that the entries affected by this litigation shall be liquidated in accordance with the final and conclusive court decision in this action.

         /s/ Timothy C. Stanceu
         Timothy C. Stanceu, Chief Judge

Dated: February 15, 2019
   New York, NY